IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. |
| RUTH A. WILDS and JOAN L. GEIGER. | ) ) ) ) | |
| Defendants. | ) | |

## COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF

### Jurisdiction and Venue

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1335 and 2361. Venue is proper in this District pursuant to 28 U.S.C. § 1397.

### The Parties

2. The Plaintiff is American National Insurance Company, a Texas corporation ("ANICO") with its principal place of business in Galveston, Texas.

3. Defendant Ruth A. Wilds resides at 213 Fourth Street, Crumpton, Maryland 21628.

4. Defendant Joan L. Geiger resides at 224 W. Roosevelt Avenue, New Castle, Delaware 19720.

### Backgound

5. On June 18, 2003, Ruth L. Geiger purchased a Flexible Premium Deferred Annuity from ANICO, policy number 14377282 (the "Annuity"). At that time Ruth L. Geiger indicated the Annuity beneficiary as Joan L. Geiger.

Request Form indicating a change of beneficiary from Joan L. Geiger to Ruth A. Wilds (the "Beneficiary Change").

7. On or about December 15, 2005, a dispute arose as to whether the Beneficiary Change was or was not intended and effective. In accordance with the information available at the time, ANICO changed the beneficiary to Joan L. Geiger.

8. On January 11, 2006, Ruth L. Geiger died.

9. On or about January 18, 2006, Joan L. Geiger submitted a Request for Payment of Annuity Benefits (the "Geiger Claim").

10. On or about February 3, 2006, Ruth A. Wilds submitted a Request for Payment of Annuity Benefits (the "Wilds Claim").

11. ANICO admits liability under the Policy. However as a result of the Geiger Claim and the Wilds Claim, ANICO is subjected to the risk of multiple liability.

12. The value of the Policy as of April 5, 2006 was $114,791.26.

## INTERPLEADER

13. ANICO repeats and re-alleges paragraphs 1 through 12 as though fully set forth herein.

14. Pursuant to 28 U.S.C. § 1335, the following conditions are necessary to maintain an interpleader:

    a. amount in controversy in excess of $500.00;

    b. two or more adverse claimants of diverse citizenship claiming entitlement to the benefits arising by virtue of a policy; and

    c. the plaintiff has deposited the value of the policy with the registry of the court;

15. Each condition is satisfied in this case. The amount in controversy is in

excess of $500.00. Joan L. Geiger is a resident of Delaware. Ruth A. Wilds is a resident of Maryland. The Policy issued by ANICO is the subject of the Geiger Claim and the Wilds Claim. ANICO, contemporaneously herewith, has requested an order permitting it to deposit the value of the Policy in an interest bearing account with the Court. Morevoer, ANICO has no interest in the subject matter of the dispute between Joan L. Geiger and Ruth A. Wilds.

**WHEREFORE**, ANICO requests that the Court enter an Order:

a. Restraining each defendant from instituting any action against ANICO for the recovery of the amount of the Policy or any part thereof;

b. Requiring all defendants to litigate in this action any rights to the funds interplead herein;

c. Discharging ANICO from all liability arising out of or related to the Policy; and

      d.    Granting ANICO its costs in instituting this action.

          SMITH, KATZENSTEIN & FURLOW LLP

*/s/ Robert J. Katzenstein*

Robert J. Katzenstein (ID No. 378)
Etta R. Wolfe (ID No. 4164)
800 Delaware Avenue, 7th Floor
P. O. Box 410
Wilmington, DE 19899-0410
Telephone (302) 652-8400
Facsimile (302) 652-8405
Attorneys for Professional Underwriters
Liability Insurance Company

Dated: April 10, 2006

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
American National Insurance Company

**DEFENDANTS**
Ruth A. Wilds
Joan L. Geiger

(b) County of Residence of First Listed Plaintiff: **Galveston Co., Texas**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: **Queen Anne Co., MD**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Etta R. Wolfe
Smith Katzenstein & Furlow LLP
P.O. Box 410
Wilmington, DE 19899    302-652-8400

Attorneys (If Known)
Bradley McFee, Sr.          John F. Brady
608 Baltimore Ave.          P.O. Box 742
Towson, MD 21204            Georgetown, DE 19947

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Complaint for interpleader and declaratory relief pursuant to 28 U.S.C. 1335 and 2361.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 4/10/06
SIGNATURE OF ATTORNEY OF RECORD: /s/ Etta R. Wolfe

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __06 - 237__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

__4/10/06__  
(Date forms issued)

__[signature]__  
(Signature of Party or their Representative)

__Joe S. Salters__  
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action