# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. |
| RUTH A. WILDS and ) JOAN L. GEIGER, ) ) | |
| Defendants. ) | |

## MOTION FOR ORDER PERMITTING DEPOSIT OF INTERPLEAD FUNDS WITH THE CLERK OF THE COURT

In accordance with the provisions of 28 U.S.C. § 1335 and F.R.C.P. 67, the above-referenced plaintiff (the "Plaintiff") hereby requests authority to deposit $114,791.26 (the "Funds") with the Clerk of this Court.

Plaintiff has contemporaneously herewith filed a Complaint for Interpleader and Declaratory Relief (the "Complaint") with this Court. The controversy arises out of Ruth L. Geiger's purchase of a Flexible Premium Deferred Annuity (the "Policy") from the Plaintiff. As more fully set forth in the Complaint, Ruth L. Geiger is now deceased and a dispute has arisen concerning the proper beneficiary of the Policy.

10012652.WPD

WHEREFORE, the undersigned requests that this Court enter an order substantially in the form attached hereto as Exhibit A permitting the deposit of the current value of the Policy with this Court.

SMITH, KATZENSTEIN & FURLOW LLP

*/s/ Etta Wolfe*
Robert J. Katzenstein (ID No. 378)
Etta R. Wolfe (ID No. 4164)
800 Delaware Avenue, 7th Floor
P. O. Box 410
Wilmington, DE 19899-0410
Telephone (302) 652-8400
Facsimile (302) 652-8405
Attorneys for American National Insurance Company

Dated: April 10, 2006

10012652.WPD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. ) |
| RUTH A. WILDS and JOAN L. GEIGER, | ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING MOTION FOR DEPOSIT OF INTERPLEAD
FUNDS WITH THE CLERK OF THE COURT**

WHEREAS, the Plaintiff in this action wishes to deposit the sum of $114,791.26 with the Clerk of this Court; and

WHEREAS, the deposit of said funds is authorized by Fed.R.Civ.P.67 and subject to Order of the Court.

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Clerk of the Court shall accept the sum of $114,791.26 from the Plaintiff.

2. Within ten (10) days of receipt of the check representing payment of the aforesaid sum from the Plaintiff, the Clerk of the Court shall draw a check against the Registry of the Court in the amount of $114,791.26 made payable to Wachovia Bank and deliver same to Wachovia Bank, together with a certified copy of this Order.

3. Upon receipt of said check by Wachovia Bank, it shall be deposited in a money market account to be opened in the name of "Clerk of the Court of the United States District Court for the District of Delaware, Civil Action No. _____".

4. The Clerk of the Court shall deduct, from the income earned from the investment, a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, at equal to ten percent (10%) of the income earned on the investment, whenever such income becomes available for deduction in the investment so held and without further order of the Court.

10012652.WPD

5.      The funds deposited with Wachovia Bank shall remain on deposit until further order of the Court.

DATED:_____                       _____
                                        United States District Judge

10012652.WPD