IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, ) ) ) Plaintiff, ) v. ) ) RUTH A. WILDS and JOAN L. GEIGER, ) ) Defendants. ) | C.A. No. 06-237 |

## WAIVER OF SERVICE OF SUMMONS

TO:  Etta R. Wolfe, Esquire
   Smith, Katzenstein & Furlow LLP
   800 Delaware Avenue, 7th Floor
   P.O. Box 410
   Wilmington, DE 19899

   I acknowledge receipt of your request that I waive service of a summons in the action of *American National Insurance Company v. Wilds* which is Case No. 06-237 in the United States District Court for the District of Delaware. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

   I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

10012656.WPD

I understand that a judgment may be entered against me if an answer or a motion under Rule 12 is not served upon you within 60 days after April 11, 2006.

_April 20th, 2006_
Date

_Ruth Ann Wilds_
Ruth A. Wilds