IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) C.A. No. 06-237 |
| | ) |
| RUTH A. WILDS and JOAN L. GEIGER, | )<br>) |
| Defendants. | ) |

**WAIVER OF SERVICE OF SUMMONS**

TO:   Etta R. Wolfe, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

I acknowledge receipt of your request that I waive service of a summons in the action of *American National Insurance Company v. Wilds* which is Case No. 06-237 in the United States District Court for the District of Delaware. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

10012657.WPD

I understand that a judgment may be entered against me if an answer or a motion under Rule 12 is not served upon you within 60 days after April 11, 2006.

May 9, 2006
Date

Signature
Printed Name: Joan L. Geiger

10012657.wpd