## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AMERICAN NATIONAL )
INSURANCE COMPANY, )
)
              Plaintiff, )
)
     v. )    C.A. No. 06-237 (KAJ)
)
RUTH A. WILDS and )
JOAN L. GEIGER. )
)
             Defendants. )

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                       :    SS.
NEW CASTLE COUNTY    :

       I, Etta R. Wolfe, being duly sworn according to law, do depose and say that on the 15th day of May 2005, I caused a copy of the ORDER GRANTING MOTION FOR DEPOSIT OF INTERPLEAD FUNDS WITH THE CLERK OF THE COURT to be served on the following by first class mail:

Ruth A. Wilds
213 Fourth Street
Crumpton, MD 21628

Ruth A. Wilds
P.O. Box 53
Crumpton, MD 21628

Joan L. Geiger
224 W. Roosevelt Ave.
New Castle, DE 19720

Joan L. Geiger
19725 Old Landing Road
Rehoboth Beach, DE 19971

Bradley L. McFee, Sr., Esquire
608 Baltimore Avenue
Towson, MD 21204

John F. Brady, Esquire
Brady Richardson Beauregard & Chasanov, LLC
P.O. Box 742
Georgetown, DE 19947

10014177.WPD

SMITH, KATZENSTEIN & FURLOW LLP

_____

Robert J. Katzenstein (ID No. 378)
Etta R. Wolfe (ID No. 4164)
800 Delaware Avenue, 7th Floor
P. O. Box 410
Wilmington, DE 19899-0410
Telephone (302) 652-8400
Facsimile (302) 652-8405
E-mail: erw@skfdelaware.com
Attorneys for American National Insurance
Company

Dated: May 15, 2006

**SWORN TO** before me this 15th day of May 2006.

_____
Notary Public
My Commission Expires: **3-25-08**

**ELLEN Y. SEBASTIANI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 25, 2008**