IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-237 (KAJ) |
| RUTH A. WILDS and JOAN L. GEIGER. | ) ) ) | |
| Defendants. | ) | |

**REPLY TO COUNTER-CLAIM OF DEFENDANT JOAN L. GEIGER**

American National Insurance Company ("ANICO") hereby submits its reply to defendant Joan L. Geiger's Counterclaim.

1.   Admitted.

2.   Denied as stated. It is admitted that a change in beneficiary form for the Annuity was submitted to ANICO directing that the beneficiary be changed from Joan L. Geiger to Ruth A. Wilds.

3.   Denied as stated. Pursuant to the change in beneficiary form, ANICO made the requested beneficiary change to the Annuity.

4.   Denied as stated. On or about December 15, 2005, a dispute arose as to whether the beneficiary change was or was not intended and effective. In accordance with the information available at the time, ANICO changed the beneficiary to Joan L. Geiger. Joan L. Geiger was the beneficiary reflected in ANICO's records at the time of Ruth L. Geiger's death.

5.   Admitted.

6.   Admitted.

10014675.WPD

  7. Denied as stated. On or about January 18, 2006, Joan L. Geiger submitted a Request for Payment of Annuity Benefits. On or about February 3, 2006, Ruth A. Wilds submitted a Request for Payment of Annuity Benefits.

  8. Admitted.

  9. Denied.

  **WHEREFORE**, ANICO requests that the Court enter an Order:

  a. Dismissing defendant Joan L. Geiger's counterclaim against ANICO and restraining each defendant from instituting any action against ANICO for the recovery of the amount of the Policy or any part thereof;

  b. Requiring all defendants to litigate in this action any rights to the funds interplead herein;

  c. Discharging ANICO from all liability arising out of or related to the Policy; and

  d. Granting ANICO its costs in instituting this action.

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Etta R. Wolfe
Robert J. Katzenstein (ID No. 378)
Etta R. Wolfe (ID No. 4164)
800 Delaware Avenue, 7th Floor
P. O. Box 410
Wilmington, DE 19899-0410
Telephone (302) 652-8400
Facsimile (302) 652-8405
Attorneys for American National Insurance Company

Dated: June 5, 2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

  I, Etta R. Wolfe, hereby certify that on June 5, 2006, I electronically filed the attached Reply to Counter-Claim of Defendant Joan L. Geiger with the Clerk of Court using CM/ECF and caused a true and correct copy of same to be served by first class mail on the following:

| | |
|---|---|
| Ruth A. Wilds<br>213 Fourth Street<br>Crumpton, MD 21628 | Ruth A. Wilds<br>P.O. Box 53<br>Crumpton, MD 21628 |
| Joan L. Geiger<br>224 W. Roosevelt Ave.<br>New Castle, DE 19720 | Joan L. Geiger<br>19725 Old Landing Road<br>Rehoboth Beach, DE 19971 |
| Bradley L. McFee, Sr., Esquire<br>608 Baltimore Avenue<br>Towson, MD 21204 | John F. Brady, Esquire<br>Brady Richardson Beauregard &<br>Chasanov, LLC<br>P.O. Box 742<br>Georgetown, DE 19947 |

             SMITH, KATZENSTEIN & FURLOW LLP

             /s/ Etta R. Wolfe
             Etta R. Wolfe (I.D. No. 4164
             800 Delaware Avenue, 7th Floor
             P.O. Box 410
             Wilmington, DE 19801
             302-652-8400 - phone
             302-652-8405 - fax
             erw@skfdelaware.com - e-mail
             *Attorneys for Plaintiff American National
             Insurance Company*

Dated: June 5, 2006

10014751.WPD