IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN NATIONAL<br>INSURANCE COMPANY, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | ) | Civil Action No. 06-237 |
| RUTH A. WILDS and<br>JOAN L. GEIGER, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL

WHEREAS, on April 10, 2006, plaintiff, American National Insurance Company ("ANICO") commenced this action by filing its Complaint for Interpleader and Declaratory Relief [D.I. 1] and Amended Complaint for Interpleader and Declaratory Relief [D.I. 6] (May 10, 2006) (as amended, the "Complaint") and its Motion for Order Permitting Deposit of Interplead Funds with the Clerk of the Court [D.I. 2] (the "Motion");

WHEREAS, on May 15, 2006, this Court granted the Motion [D.I. 7];

WHEREAS, each of the Defendants answered and filed individual counterclaims against Plaintiff [D.I. 9 and 11] (collectively, the "Counterclaims");

**IT IS HEREBY STIPULATED** by and among the parties hereto, subject to the approval of the Court, as follows:

1. The Counterclaims against ANICO are hereby dismissed with prejudice.

2. ANICO is hereby dismissed as a party to this action.

3. The Defendants and their successors and assigns hereby release ANICO from any and all liability arising out of or in any way related to the Policy.

4. The Defendants agree to pay ANICO's fees and costs in instituting this

10015679.WPD

action within five (5) days of the entry of the order approving this Stipulation, each Defendant to share in the costs pro rata.

SMITH, KATZENSTEIN & FURLOW LLP

By: _____
    Etta R. Wolfe (DE ID 4164)
    800 Delaware Avenue, 7th Floor
    P.O. Box 410
    Wilmington, DE 19899
    (302) 652-8400
      Attorneys for Plaintiff
      American National Insurance Company

BRADY RICHARDSON BEAUREGARD
& CHASANOV, LLC

By: _____
    John F. Brady (DE ID 2977)
    PO Box 742
    Georgetown, DE 19947
    (302) 655-6749
      Attorneys for Defendant
      Joan L. Geiger

HEIMAN GOUGE & KAUFMAN LLP

By: _____
    Donald L. Gouge, Jr. (DE ID 2234)
    800 King Street, Suite 303
    Wilmington, DE 19801
    (302) 658-1800
      Attorney for Defendant Ruth A. Wilds

Approved and so ordered this _____ day of _____, 2006.

                                  _____
                                  Honorable Kent A. Jordan
                                  United States District Court Judge

action within five (5) days of the entry of the order approving this Stipulation, each Defendant to share in the costs pro rata.

          SMITH, KATZENSTEIN & FURLOW LLP

          By:_____
              Etta R. Wolfe (DE ID 4164)
              800 Delaware Avenue, 7th Floor
              P.O. Box 410
              Wilmington, DE 19899
              (302) 652-8400
                Attorneys for Plaintiff
                American National Insurance Company

          BRADY RICHARDSON BEAUREGARD
          & CHASANOV, LLC

          By: _/s/ John F. Brady_
              John F. Brady (DE ID 2977)
              PO Box 742
              Georgetown, DE 19947
              (302) 655-6749
                Attorneys for Defendant
                Joan L. Geiger

          HEIMAN GOUGE & KAUFMAN LLP

          By:_____
              Donald L. Gouge, Jr. (DE ID 2234)
              800 King Street, Suite 303
              Wilmington, DE 19801
              (302) 658-1800
                Attorney for Defendant Ruth A. Wilds

Approved and so ordered this _____ day of _____, 2006.

              _____
              Honorable Kent A. Jordan
              United States District Court Judge



**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

August 10, 2006

**VIA EFILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   *American National Ins. Co. v. Ruth A. Wilds and Joan A. Geiger*
      *C.A. No. 06-237-KAJ*

Dear Judge Jordan:

Enclosed please find the Stipulation of Dismissal dismissing American National Insurance Company ("ANIC") as a party to this action. Counsel understands that the Defendants/Cross Claimants Ruth A. Wilds and Joan L. Geiger will proceed with this action to determine entitlement to the funds ANIC interpled with the court in May 2006.

Counsel is available should the Court have any questions or concerns.

Respectfully,

Etta R. Wolfe (I.D. No. 4164)

ERW/eys
Enclosure

cc: John F. Brady, Esquire (w/enc.) (by mail)
    Bradley L. McFee, Sr., Esquire (w/enc.) (by mail)
    Donald L. Gouge, Jr., Esquire (w/enc.) (by mail)