IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN NATIONAL<br>INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-237 |
| | ) | |
| RUTH A. WILDS and<br>JOAN L. GEIGER, | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL

WHEREAS, on April 10, 2006, plaintiff, American National Insurance Company ("ANICO") commenced this action by filing its Complaint for Interpleader and Declaratory Relief [D.I. 1] and Amended Complaint for Interpleader and Declaratory Relief [D.I. 6] (May 10, 2006) (as amended, the "Complaint") and its Motion for Order Permitting Deposit of Interplead Funds with the Clerk of the Court [D.I. 2] (the "Motion");

WHEREAS, on May 15, 2006, this Court granted the Motion [D.I. 7];

WHEREAS, each of the Defendants answered and filed individual counterclaims against Plaintiff [D.I. 9 and 11] (collectively, the "Counterclaims");

IT IS HEREBY STIPULATED by and among the parties hereto, subject to the approval of the Court, as follows:

1. The Counterclaims against ANICO are hereby dismissed with prejudice.

2. ANICO is hereby dismissed as a party to this action.

3. The Defendants and their successors and assigns hereby release ANICO from any and all liability arising out of or in any way related to the Policy.

4. The Defendants agree to pay ANICO's fees and costs in instituting this

action within five (5) days of the entry of the order approving this Stipulation, each Defendant to share in the costs pro rata.

          SMITH, KATZENSTEIN & FURLOW LLP

By: _____
        Etta R. Wolfe (DE ID 4164)
        800 Delaware Avenue, 7th Floor
        P.O. Box 410
        Wilmington, DE 19899
        (302) 652-8400
          Attorneys for Plaintiff
          American National Insurance Company


BRADY RICHARDSON BEAUREGARD
& CHASANOV, LLC

By: _____
        John F. Brady (DE ID 2977)
        PO Box 742
        Georgetown, DE 19947
        (302) 655-6749
          Attorneys for Defendant
          Joan L. Geiger


HEIMAN GOUGE & KAUFMAN LLP

By: _____
        Donald L. Gouge, Jr. (DE ID 2234)
        800 King Street, Suite 303
        Wilmington, DE 19801
        (302) 658-1800
          Attorney for Defendant Ruth A. Wilds


Approved and so ordered this _____ day of _____, 2006.

        _____
        Honorable Kent A. Jordan
        **United States District Court Judge**

action within five (5) days of the entry of the order approving this Stipulation, each Defendant to share in the costs pro rata.

SMITH, KATZENSTEIN & FURLOW LLP

By:_____
Etta R. Wolfe (DE ID 4164)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
  Attorneys for Plaintiff
  American National Insurance Company


BRADY RICHARDSON BEAUREGARD
& CHASANOV, LLC

By: /s/ John F. Brady
John F. Brady (DE ID 2977)
PO Box 742
Georgetown, DE 19947
(302) 655-6749
  Attorneys for Defendant
  Joan L. Geiger


HEIMAN GOUGE & KAUFMAN LLP

By:_____
Donald L. Gouge, Jr. (DE ID 2234)
800 King Street, Suite 303
Wilmington, DE 19801
(302) 658-1800
  Attorney for Defendant Ruth A. Wilds


Approved and so ordered this 10th day of Aug., 2006.

_____
Honorable Kent A. Jordan
United States District Court Judge