IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 06-237-KAJ |
| RUTH A. WILDS and JOAN L. GEIGER, | : : | |
| Defendants. | : | |

## ORDER

At Wilmington, this **3rd** day of **October, 2006.**

IT IS ORDERED that the teleconference scheduled for Tuesday, November 28, 2006 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Thursday, November 30, 2006 at 9:30 a.m. Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE