# HEIMAN, GOUGE & KAUFMAN, LLP
ATTORNEYS AT LAW
800 KING STREET, SUITE 303
P.O. BOX 1674
WILMINGTON, DELAWARE 19899-1674

HENRY A. HEIMAN, P.C.*
DONALD L. GOUGE, JR
SUSAN E. KAUFMAN**

*ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN PENNSYLVANIA

(302) 658-1800
TELECOPIER (302) 658-1473

November 29, 2006

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Lock Box 10
Wilmington, DE  19801

    RE:    ANIC v. Wilds & Geiger
             Del.Dist., C.A. No. 06-237(KAJ)

Dear Judge Jordan:

    Please accept this letter as the parties' status report.

    Counsel agrees that the case will be fact driven.  The only expert may be a medical doctor.  One of the key witnesses, a Maryland State Trooper, is now stationed at BWI airport and will take some coordination to obtain his deposition.  The parties are discussing deposition dates.  Counsel for Ruth A. Wilds has filed written discovery this date, and counsel for Joan Geiger expects to submit written discovery shortly.  Counsel reports no problems or issues this date.  Counsel is scheduled to hold a telephone conference with The Honorable Mary Pat Thynge on Thursday, November 30, 2006 at 9:30 a.m. to discuss mediation.

    Counsel is available at the Court's convenience.

                                Respectfully,


                                DONALD L. GOUGE, JR.

C:  John F. Brady, Esquire

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERICAN NATIONAL ) | |
| INSURANCE COMPANY, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-237(KAJ) |
| ) | |
| RUTH A. WILDS and JOAN L. GEIGER, ) | |
|     Defendants. ) | |

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on the date listed below that the status report to The Honorable Kent A. Jordan and this notice was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. The document is available for viewing and downloading from CM/ECF. I also served a hard copy as indicated below:

    John F. Brady, Esquire
    P.O. Box 742
    Georgetown, DE  19947    (U.S. Mail)

    HEIMAN, GOUGE & KAUFMAN, LLP

    */s/ Donald L. Gouge, Jr. #2234*
    Donald L. Gouge, Jr. (DSB # 2234)
    800 King Street, Suite 303
    P.O. Box 1674
    Wilmington, DE 19801
    (302) 658-1800
    (302) 658-1473 (fax)
    dgouge@hgkde.com

Date:    November 29, 2006