**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

AMERICAN NATIONAL                          )
INSURANCE COMPANY,                         )
        Plaintiff,                       )
                                         )
    v.                                     )          C.A. No. 06-237(KAJ)
                                         )
RUTH A. WILDS and JOAN L. GEIGER,          )
        Defendants.                      )

### INITIAL DISCLOSURES

(A)    The parties and witnesses to the execution of change of beneficiary.  In addition, her physician Paul A. Donaher, M.D.  See attached.

(B)    Please see the attached documents in the possession of Ruth A. Wilds.  Additional documents will be provided upon receipt.

(C)    Damages total the amount of the annuity that has been deposited with the Court.

(D)    N/A

_____
Donald L. Gouge, Jr. (DSB # 2234)
800 King Street, Suite 303
Wilmington, DE 19801
(302) 658-1800x2
Attorney for Ruth A. Wilds

Date:   November 29, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AMERICAN NATIONAL | ) | |
| INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-237(KAJ) |
| | ) | |
| RUTH A. WILDS and JOAN L. GEIGER, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the date listed below that Ruth A. Wilds' initials disclosures and first set of discovery was sent to counsel of record and this notice was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below.  The document is available for viewing and downloading from CM/ECF.  I also served a hard copy as indicated below:

John F. Brady, Esquire
P.O. Box 742
Georgetown, DE  19947        (U.S. Mail)


HEIMAN, GOUGE & KAUFMAN, LLP

*/s/ Donald L. Gouge, Jr. #2234*
Donald L. Gouge, Jr. (DSB # 2234)
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19801
(302) 658-1800
(302) 658-1473 (fax)
dgouge@hgkde.com


Date:   November 29, 2006