# HEIMAN, GOUGE & KAUFMAN, LLP
ATTORNEYS AT LAW
800 KING STREET, SUITE 303
P.O. BOX 1674
WILMINGTON, DELAWARE 19899-1674

HENRY A. HEIMAN, P.C.*
DONALD L. GOUGE, JR
SUSAN E. KAUFMAN**

*ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN PENNSYLVANIA

(302) 658-1800
TELECOPIER(302) 658-1473

December 6, 2006

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Lock Box 10
Wilmington, DE  19801

   RE: ANIC v. Wilds & Geiger
     Del.Dist., C.A. No. 06-237(KAJ)

Dear Judge Jordan:

  I apologize to Your Honor for my failure to notify the Court that the parties did not need the status telephonic conference that was scheduled this afternoon at 4:30 p.m.  I am sorry that your secretary had to take the time from her busy schedule to call me at 4:40 this afternoon to inquire about the conference.  I appreciate the Court's courtesy and consideration.  The one update that I can provide to Your Honor is that mediation is scheduled for Monday, June 25, 2006.  Thank you.

  Counsel is available at the Court's convenience.

        Respectfully,

        */s/ Donald L. Gouge, Jr. #2234*

        DONALD L. GOUGE, JR.

C:  John F. Brady, Esquire

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY,<br>      Plaintiff,<br><br>    v.<br><br>RUTH A. WILDS and JOAN L. GEIGER,<br>      Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 06-237(KAJ)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

     The undersigned certifies that on the date listed below that a letter to The Honorable Kent A. Jordan and this notice was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. The document is available for viewing and downloading from CM/ECF. I also served a hard copy as indicated below:

    John F. Brady, Esquire
    P.O. Box 742
    Georgetown, DE  19947    (U.S. Mail)


                                  HEIMAN, GOUGE & KAUFMAN, LLP

                                  */s/ Donald L. Gouge, Jr. #2234*
                                  Donald L. Gouge, Jr. (DSB # 2234)
                                  800 King Street, Suite 303
                                  P.O. Box 1674
                                  Wilmington, DE 19801
                                  (302) 658-1800
                                  (302) 658-1473 (fax)
                                  dgouge@hgkde.com

Date:   December 6, 2006