# HEIMAN, GOUGE & KAUFMAN, LLP

ATTORNEYS AT LAW
800 KING STREET, SUITE 303
P.O. BOX 1674
WILMINGTON, DELAWARE 19899-1674

HENRY A. HEIMAN, P.C.*
DONALD L. GOUGE, JR
SUSAN E. KAUFMAN**

*ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN PENNSYLVANIA

(302) 658-1800
TELECOPIER(302) 658-1473

February 27, 2007

The Honorable Mary Pat Thynge
United States District Court
844 N. King Street
Lock Box 10
Wilmington, DE  19801

      RE:    ANIC v. Wilds & Geiger
              Del.Dist., C.A. No. 06-237(***)

Dear Judge Thynge:

      I am submitting this status report as required by Your Honor's Order dated February 9, 2007.  A telephone conference is scheduled for Monday, March 5, 2007 at 11:00 a.m. As of this writing, Mr. Brady is in the hospital and is not expected to be released until the end of the week at the earliest. As such, he has not reviewed this letter.

      The case was filed on April 10, 2006 by American National Insurance Company.  ANIC deposited its insurance policy of $114,791 with the Court and they have been terminated from the litigation effective August 10, 2006 (DI-18).  Mr. Brady represents defendant Joan L. Geiger. I represent defendant Ruth A. Wilds.  The defendants are siblings.  The issue is the distribution of insurance proceeds due to the death of their mother.  On October 2, 2006, Judge Jordan entered a scheduling order (DI-19).  Mediation is scheduled before Your Honor on June 25, 2007 (DI-28).

The Honorable Mary Pat Thynge
February 27, 2007
Page Two

On November 29, 2006 Wilds filed her initial disclosures, interrogatories and request for production (DI-25-27).  To date, Geiger has not submitted her initial disclosures or responses to discovery requests.  Depositions have not been scheduled.  The discovery cutoff was January 31, 2007 (DI-19).

The parties believe that mediation will be very useful and productive.  No settlement discussions have taken place.

I am available at the Court's convenience.

                                      Respectfully,

                                      */s/ Donald L. Gouge, Jr. #2234*

                                      DONALD L. GOUGE, JR.

C:  John F. Brady, Esquire

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERICAN NATIONAL<br>INSURANCE COMPANY,<br>        Plaintiff,<br><br>    v.<br><br>RUTH A. WILDS and JOAN L. GEIGER,<br>        Defendants. | )<br>)<br>)<br>)<br>)    C.A. No. 06-237(KAJ)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on the date listed below that a letter to The Honorable Mary Pat Thynge and this notice was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below.  The document is available for viewing and downloading from CM/ECF.  I also served a hard copy as indicated below:

    John F. Brady, Esquire
    P.O. Box 742
    Georgetown, DE  19947        (U.S. Mail)


                                      HEIMAN, GOUGE & KAUFMAN, LLP

                                      */s/ Donald L. Gouge, Jr. #2234*
                                      Donald L. Gouge, Jr. (DSB # 2234)
                                      800 King Street, Suite 303
                                      P.O. Box 1674
                                      Wilmington, DE 19801
                                      (302) 658-1800
                                      (302) 658-1473 (fax)
                                      dgouge@hgkde.com

Date:    February 27, 2007