IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-237-*** |
| RUTH A. WILDS and JOAN L. GEIGER, | : | |
| Defendants. | : | |

### ORDER

At Wilmington, this 5th day of **March, 2007.**

A status teleconference was scheduled for March 5, 2007. At the time of the teleconference, the court was advised that John Brady, Esq., counsel for Geiger was unavailable due to a health concern. As a result,

IT IS ORDERED that the teleconference of March 5, 2007 is canceled to be rescheduled at a later date. John Brady, Esq. is to advise the court when he is available for a status teleconference in this matter.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE