# HEIMAN, GOUGE & KAUFMAN, LLP
ATTORNEYS AT LAW
800 KING STREET, SUITE 303
P.O. BOX 1674
WILMINGTON, DELAWARE 19899-1674

HENRY A. HEIMAN, P.C.*
DONALD L. GOUGE, JR
SUSAN E. KAUFMAN**

*ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN PENNSYLVANIA

(302) 658-1800
TELECOPIER(302) 658-1473

May 17, 2007

The Honorable Mary Pat Thynge
United States District Court
844 N. King Street
Lock Box 10
Wilmington, DE  19801

      RE:    ANIC v. Wilds & Geiger
              Del.Dist., C.A. No. 06-237(***)

Dear Judge Thynge:

      A telephone conference was previously scheduled for Monday, March 5, 2007 at 11:00 a.m.  At that time, Mr. Brady was in the hospital and was not able to participate.  I am writing to ask the Court to reschedule the telephone conference.

      The case was filed on April 10, 2006 by American National Insurance Company.  ANIC deposited its insurance policy of $114,791 with the Court and they have been terminated from the litigation effective August 10, 2006 (DI-18).  Mr. Brady represents defendant Joan L. Geiger.  I represent defendant Ruth A. Wilds.  The defendants are siblings.  The issue is the distribution of insurance proceeds due to the death of their mother.  On October 2, 2006, Judge Jordan entered a scheduling order (DI-19).  Mediation is scheduled before Your Honor on June 25, 2007 (DI-28).

The Honorable Mary Pat Thynge
May 17, 2007
Page Two

    Depositions have not been scheduled.  The discovery cutoff was January 31, 2007 (DI-19).

    I am available at the Court's convenience.

                              Respectfully,

                              */s/ Donald L. Gouge, Jr. #2234*

                              DONALD L. GOUGE, JR.

C:  John F. Brady, Esquire

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY,<br>   Plaintiff,<br><br>  v.<br><br>RUTH A. WILDS and JOAN L. GEIGER,<br>   Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 06-237(***)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

  The undersigned certifies that on the date listed below that a letter to The Honorable Mary Pat Thynge and this notice was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. The document is available for viewing and downloading from CM/ECF. I also served a hard copy as indicated below:

  John F. Brady, Esquire
  P.O. Box 742
  Georgetown, DE  19947  (U.S. Mail)

            HEIMAN, GOUGE & KAUFMAN, LLP

            */s/ Donald L. Gouge, Jr. #2234*
            Donald L. Gouge, Jr. (DSB # 2234)
            800 King Street, Suite 303
            P.O. Box 1674
            Wilmington, DE 19801
            (302) 658-1800
            (302) 658-1473 (fax)
            dgouge@hgkde.com

Date: May 17, 2007