IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 06-237-*** |
| RUTH A. WILDS and JOAN L. GEIGER, | : : | |
| Defendants. | : | |

## ORDER

At Wilmington, this **18th** day of **May, 2007.**

IT IS ORDERED that a teleconference has been scheduled for **Friday, June 1, 2007 at 9:30 a.m.** with Judge Thynge to discuss the status of the case. **Donald L. Gouge, Jr., Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE