IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 06-237-*** <br> : |
| RUTH A. WILDS and JOAN L. GEIGER, | : <br> : |
| Defendants. | : |

## ORDER

At Wilmington, this **1ˢᵗ** day of **June, 2007.**

IT IS ORDERED that the Scheduling Order dated October 2, 2006, is hereby amended as follows:

      3.    c.    The discovery date shall now be **September 20, 2007.**

Paragraphs 11 though 14 of the Scheduling Order dated October 2, 2006 are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

 

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE