# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-237-*** |
| | : | |
| RUTH A. WILDS and JOAN L. GEIGER, | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington, this **1**st day of **June, 2007.**

IT IS ORDERED that the mediation scheduled for June 25, 2007 at 10:00 a.m. has been rescheduled to **Thursday, September 20, 2007 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Monday, September 10, 2007.** All other provisions of the Court's November 30, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE