IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>RUTH A. WILDS and JOAN L. GEIGER,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*  Civil Action No. 06-237<br>*<br>*<br>*<br>* |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Richard A. Forsten, Esquire, James D. Taylor, Jr., Esquire and Jennifer Becnel-Guzzo, Esquire of Buchanan Ingersoll & Rooney PC hereby enter their appearance as counsel for Defendant Joan L. Geiger, and John F. Brady, Esquire of Brady Richardson Beauregard & Chasnov, LLC hereby withdraws his appearance as counsel for Defendant Joan L. Geiger in the above-captioned action.

BRADY RICHARDSON BEAUREGARD & CHASNOV

_/s/ John F. Brady_
John F. Brady, Esquire (#2977)
10 East Pine Street
Georgetown, DE 19947
(302) 856-7361

BUCHANAN INGERSOLL & ROONEY

_/s/ Richard A. Forsten_
Richard A. Forsten, Esquire (#2543)
James D. Taylor, Jr., Esquire (#4009)
Jennifer Becnel-Guzzo, Esquire (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

June 21, 2007

#1007749-v1