IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, | * * | |
| Plaintiff, | * * | |
| v. | * * | |
| RUTH A. WILDS and JOAN L. GEIGER, | * | Civil Action No. 06-237 |
| Defendants. | * * * | |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Richard A. Forsten, Esquire, James D. Taylor, Jr., Esquire and Jennifer Becnel-Guzzo, Esquire of Buchanan Ingersoll & Rooney PC hereby enter their appearance as counsel for Defendant Joan L. Geiger, and John F. Brady, Esquire of Brady Richardson Beauregard & Chasnov, LLC hereby withdraws his appearance as counsel for Defendant Joan L. Geiger in the above-captioned action.

BRADY RICHARDSON BEAUREGARD
& CHASNOV

_/s/ John F. Brady_
John F. Brady, Esquire (#2977)
10 East Pine Street
Georgetown, DE 19947
(302) 856-7361

BUCHANAN INGERSOLL & ROONEY

_/s/_
Richard A. Forsten,, Esquire (#2543)
James D. Taylor, Jr., Esquire (#4009)
Jennifer Becnel-Guzzo, Esquire (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

June 21, 2007

#1007749-v1