IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, | : <br> : <br> : |
| Plaintiff, | : <br> : NO. 06-237 *** |
| v. | : <br> : |
| RUTH A. WILDS and JOAN L. GEIGER, | : <br> : |
| Defendants. | : |

### NOTICE OF SERVICE

I, James D. Taylor, Jr., Esquire, hereby certify that on August 17, 2007, true and correct copies of **Defendant Joan L. Geiger's First Set of Interrogatories Directed to Ruth A. Wilds, Defendant Joan L. Geigers's First Request for the Production of Documents Directed to Ruth A. Wilds and this Notice of Service** were served via hand delivery upon the following:

        Donald L. Gouge, Esquire
        Heiman Gouge & Kaufman, LLP
        800 N. King Street, Suite 303
        Wilmington, DE 19801

        BUCHANAN INGERSOLL & ROONEY PC

        _____
        James D. Taylor, Jr., Esquire (#4009)
        The Brandywine Building
        1000 West Street, Suite 1410
        Wilmington, DE 19801
        (302) 552-4200
        james.taylor@bipc.com
        *Attorneys for Defendant Joan L. Geiger*

August 17, 2007

#1008570-v1