IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>RUTH A. WILDS and JOAN L. GEIGER,<br><br>        Defendants. | :<br>:<br>:<br>:<br>: NO. 06-237 ***<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, Andrew H. Lippstone, Esquire, hereby certify that on September 5, 2007, true and correct copies of **Defendant Joan L. Geiger's Responses to Defendant Ruth A. Wilds' Interrogatories** and **Defendant Joan L. Geiger's Responses to Defendant Ruth A. Wilds' Request for Production** and this **Notice of Service** were served via hand delivery upon the following:

        Donald L. Gouge, Esquire
        Heiman Gouge & Kaufman, LLP
        800 N. King Street, Suite 303
        Wilmington, DE 19801

        BUCHANAN INGERSOLL & ROONEY PC

        /s/ Andrew H. Lippstone
        James D. Taylor, Jr., Esquire (#4009)
        Andrew H. Lippstone, Esquire (#4117)
        The Brandywine Building
        1000 West Street, Suite 1410
        Wilmington, DE 19801
        (302) 552-4200
        james.taylor@bipc.com
        andrew.lippstone@bipc.com
        *Attorneys for Defendant Joan L. Geiger*

September 5, 2007

#1008570-v1