# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY,<br>    Plaintiff,<br><br>    v.<br><br>RUTH A. WILDS and JOAN L. GEIGER,<br>    Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 06-237(***)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION

TO:   James D. Taylor, Jr., Esquire
      1000 West Street, Suite 1410
      Wilmington, DE  19801

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Joan L. Geiger on Thursday, September 6, 2007 beginning at 2:30 p.m., at 800 N. King Street, Suite 303, Wilmington, DE  19801.  Due to the incomplete discovery responses, Ruth A. Wilds reserves the right to re-depose Joan L. Geiger.

HEIMAN, GOUGE & KAUFMAN, LLP

*/s/ Donald L. Gouge, Jr. #2234*
Donald L. Gouge, Jr. (DSB # 2234)
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19801
(302) 658-1800
(302) 658-1473 (fax)
dgouge@hgkde.com

Date:   September 5, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERICAN NATIONAL ) | |
| INSURANCE COMPANY, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-237(***) |
| ) | |
| RUTH A. WILDS and JOAN L. GEIGER, ) | |
|     Defendants. ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the date listed below that a notice of deposition and this notice was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. The document is available for viewing and downloading from CM/ECF. I also served a hard copy as indicated below:

    James D. Taylor, Jr., Esquire
    1000 West Street, Suite 1410
    Wilmington, DE  19801 (by hand)


                              HEIMAN, GOUGE & KAUFMAN, LLP

                              */s/ Donald L. Gouge, Jr. #2234*
                              Donald L. Gouge, Jr. (DSB # 2234)
                              800 King Street, Suite 303
                              P.O. Box 1674
                              Wilmington, DE 19801
                              (302) 658-1800
                              (302) 658-1473 (fax)
                              dgouge@hgkde.com

Date:   September 5, 2007