

**Andrew H. Lippstone**
302 552 4207
andrew.lippstone@bipc.com

The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054
T 302 552 4200
F 302 552 4295
www.buchananingersoll.com

September 7, 2007

**VIA LEXIS/NEXIS FILE & SERVE AND HAND DELIVERY**

The Honorable Mary Pat Thynge
United States District Court
844 North King Street, Lock Box 8
Wilmington, DE 19801

      Re:   *American National Insurance Co. v. Ruth A. Wilds and Joan L. Geiger*,
            Civil Action No. 06-237-\*\*\*

Your Honor:

    As set forth in your Order dated June 1, 2007, mediation statements are due in the above-captioned case on Monday, September 10, 2007. Due to the fact that defendant Ruth A. Wilds will not be deposed until Tuesday, September 11, 2007, the parties respectfully request an extension of the deadline for mediation statements to Thursday, September 13, 2007.

    Enclosed is a stipulation to that effect. Unless the Court instructs me otherwise, I will call Your Honor's chambers on Monday, September 10, 2007 to inquire whether the Court has any objection to the extension of time.

    I am available at the Court's convenience should Your Honor wish to discuss this matter further.

                                        Respectfully submitted,

                                        Andrew H. Lippstone (#4117)

AHL/uvb
cc:    Donald Gouge, Esquire
        James D. Taylor, Jr., Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>RUTH A. WILDS and JOAN L. GEIGER,<br><br>                Defendants. | Civil Action No. 06-237-*** |

## STIPULATION EXTENDING TIME TO FILE MEDIATION STATEMENTS

It is hereby stipulated and agreed by Defendants Ruth A. Wilds and Joan L. Geiger (collectively, the "Defendants"), by and through their undersigned counsel, that the time within which the Defendants shall file mediation statements in the above-captioned matter is extended until and including Thursday, September 13, 2007.

BUCHANAN INGERSOLL & ROONEY, P.C.

/s/ Andrew H. Lippstone
Richard A. Forsten, Esquire (#2543)
James D. Taylor, Jr., Esquire (#4009)
Andrew H. Lippstone, Esquire (#4117)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)

*Attorneys for Defendant Joan L. Geiger*

HEIMAN, GOUGE & KAUFFMAN LLP

/s/ Donald L. Gouge, Jr.
Donald L. Gouge, Jr., Esquire (#2234)
800 King Street, Suite 303
Wilmington, DE 19801
(302) 658-1800
(302) 658-1473 (facsimile)

*Attorney for Defendant Ruth A. Wilds*

WLM#1008825 v.1