IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>RUTH A. WILDS and JOAN L. GEIGER,<br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 06-237(***)<br>)<br>)<br>) |

**NOTICE OF DEPOSITION**

TO:   James D. Taylor, Jr., Esquire
      1000 West Street, Suite 1410
      Wilmington, DE  19801

PLEASE TAKE NOTICE that the undersigned attorney will take the telephone deposition of Paul A. Donaher, M.D. on Wednesday, September 12, 2007 beginning at 1:00 p.m., at 800 N. King Street, Suite 303, Wilmington, DE  19801.  Note that Dr. Donaher will be at his office in Galena, Maryland.

HEIMAN, GOUGE & KAUFMAN, LLP

*/s/ Donald L. Gouge, Jr. #2234*
Donald L. Gouge, Jr. (DSB # 2234)
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19801
(302) 658-1800
(302) 658-1473 (fax)
dgouge@hgkde.com

Date:   September 10, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY,<br>      Plaintiff,<br><br>    v.<br><br>RUTH A. WILDS and JOAN L. GEIGER,<br>      Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 06-237(***)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on the date listed below that a notice of deposition of Dr. Donaher and this notice was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. The document is available for viewing and downloading from CM/ECF. I also served a hard copy as indicated below:

    James D. Taylor, Jr., Esquire
    1000 West Street, Suite 1410
    Wilmington, DE  19801 (by hand)


                                  HEIMAN, GOUGE & KAUFMAN, LLP

                                  */s/ Donald L. Gouge, Jr. #2234*
                                  Donald L. Gouge, Jr. (DSB # 2234)
                                  800 King Street, Suite 303
                                  P.O. Box 1674
                                  Wilmington, DE 19801
                                  (302) 658-1800
                                  (302) 658-1473 (fax)
                                  dgouge@hgkde.com

Date:   September 10, 2007