IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> RUTH A. WILDS and JOAN L. GEIGER, <br><br> Defendants. | Civil Action No. 06-237-*** |

### STIPULATION EXTENDING TIME TO FILE MEDIATION STATEMENTS

It is hereby stipulated and agreed by Defendants Ruth A. Wilds and Joan L. Geiger (collectively, the "Defendants"), by and through their undersigned counsel, that the time within which the Defendants shall file mediation statements in the above-captioned matter is extended until and including Thursday, September 13, 2007.

BUCHANAN INGERSOLL & ROONEY, P.C.

/s/ Andrew H. Lippstone
Richard A. Forsten, Esquire (#2543)
James D. Taylor, Jr., Esquire (#4009)
Andrew H. Lippstone, Esquire (#4117)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)

*Attorneys for Defendant Joan L. Geiger*

HEIMAN, GOUGE & KAUFFMAN LLP

/s/ Donald L. Gouge, Jr.
Donald L. Gouge, Jr., Esquire (#2234)
800 King Street, Suite 303
Wilmington, DE 19801
(302) 658-1800
(302) 658-1473 (facsimile)

*Attorney for Defendant Ruth A. Wilds*

SO ORDERED, this 10 day of September, 2007

UNITED STATES DISTRICT JUDGE

WLM#1008825 v.1