IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br> v.<br><br>RUTH A. WILDS and JOAN L. GEIGER,<br><br>    Defendants. | :<br>:<br>:<br>:<br>: NO. 06-237 ***<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF DEPOSITION**

TO: Donald L. Gouge, Esquire
   800 N. King Street, Suite 303
   Wilmington, DE. 19801

   PLEASE TAKE NOTICE that counsel for Defendant Joan L. Geiger will take the oral deposition of Defendant Ruth A. Wilds on Tuesday, September 11, 2007 beginning at 1:00 p.m. at the offices of Buchanan Ingersoll & Rooney, 1000 West Street, Suite 1410, Wilmington, DE. 19081. The deposition will be taken by a notary public, court reporter or other authorized person, and will continue day to day until completed.

              BUCHANAN INGERSOLL & ROONEY PC

              */s/ Richard A. Forsten*
              Richard A. Forsten, Esquire (#2543)
              James D. Taylor, Jr., Esquire (#4009)
              Andrew H. Lippstone, Esquire (#4117)
              The Brandywine Building
              1000 West Street, Suite 1410
              Wilmington, DE 19801
              (302) 552-4200
              richard.forsten@bipc.com
              james.taylor@bipc.com
              andrew.lippstone@bipc.com
              *Attorneys for Defendant Joan L. Geiger*

September 11, 2007

#1008851-v1