IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-237-*** |
| RUTH A. WILDS and JOAN L. GEIGER, | : |
| Defendants. | : |

### ORDER

At Wilmington, this **14<sup>the</sup>** day of **September, 2007.**

IT IS ORDERED that a discovery dispute teleconference with Judge Thynge has been scheduled for **Friday, September 28, 2007 at 9:45 a.m. Eastern Time**. Filings of the letter submissions shall be consistent with paragraph 3(e) of the October 2, 2006 Scheduling Order. **Counsel for Joan L. Geiger shall initiate the call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE