IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | NO. 06-237 *** |
| v. | : | |
| | : | |
| RUTH A. WILDS and JOAN L. GEIGER, | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF SERVICE

I, Andrew H. Lippstone, Esquire, hereby certify that on September 19, 2007, true and correct copies of **Defendant Joan L. Geiger's Second Set of Interrogatories Directed to Ruth A. Wilds, Defendant Joan L. Geiger's Second Request for the Production of Documents Directed to Ruth A. Wilds and this Notice of Service** were served via hand delivery upon the following:

> Donald L. Gouge, Esquire
> Heiman Gouge & Kaufman, LLP
> 800 N. King Street, Suite 303
> Wilmington, DE 19801

> BUCHANAN INGERSOLL & ROONEY PC
>
> _/s/ Andrew H. Lippstone_
> Richard A. Forsten, Esquire (#2543)
> James D. Taylor, Jr., Esquire (#4009)
> Andrew H. Lippstone, Esquire (#4117)
> The Brandywine Building
> 1000 West Street, Suite 1410
> Wilmington, DE 19801
> (302) 552-4200
> richard.forsten@bipc.com
> james.taylor@bipc.com
> andrew.lippstone@bipc.com
> *Attorneys for Defendant Joan L. Geiger*

September 19, 2007

#1008570-v1