IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RUTH A. WILDS and JOAN L. GEIGER, )<br>)<br>Defendants. ) | C.A. No. 06-237<br>**FILED UNDER SEAL** |

**NOTICE PURSUANT TO FED.R.CIV.P. 67.3**

/s/ Andrew H. Lippstone
Richard A. Forsten, Esquire (No. 2543)
James D. Taylor, Jr., Esquire (No.4009)
Andrew H. Lippstone, Esquire (No. 4117)
BUCHANAN INGERSOLL & ROONEY, P.C.
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
*Attorneys for Defendant Joan L. Geiger*

October 30, 2007

/s/ Donald L. Gouge, Jr.
Donald L. Gouge, Jr., Esquire (No. 2234)
HEIMAN, GOUGE & KAUFMAN, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19801
(302) 658-1800
*Attorney for Defendant Ruth L. Wilds*

WLM# 1009313 v.2
#1069489-v1