IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, ) ) ) Plaintiff, ) v. ) RUTH A. WILDS and JOAN L. GEIGER, ) ) Defendants. ) | ) ) ) ) ) C.A. No. 06-237 ) ) ) ) |

### ORDER

This Court, upon consideration of Defendants' Joint Motion to Return Funds, hereby orders that said Motion be GRANTED. In connection therewith, the Court hereby orders that:

1. The proceeds of the money market account at Wachovia Bank opened in connection with this action on or about May 15, 2006 ("Account"), including interest thereupon but minus any fees to be retained by the Court (the "Proceeds"), shall be released to Geiger's counsel, Buchanan, Ingersoll & Rooney, P.C. ("Escrow Agent"). As of October 18, 2007, the Proceeds totaled $122,195.93.

2. Upon distribution of the Proceeds, the Account shall be closed by the Court.

3. Escrow Agent shall distribute the Proceeds as follows:

    a. One-half of the Proceeds shall be released to Defendant Ruth A. Wilds ("Wilds"), minus $3,550.73, representing an amount equal to one-half of the costs incurred and advanced by Defendant Joan L. Geiger ("Geiger") in connection with the funeral of Defendants' mother.

    b. One-half of the Proceeds shall be released to Geiger, plus an additional $3,550.73 to be deducted from Wilds' share as set forth above.

WLM# 1009313 v.2

3.    Wilds agrees to procure from ANICO IRS Form 1099's for Wilds and Geiger showing amounts equal to Defendants' respective shares of the Proceeds.

4.    Upon satisfaction of the above conditions, the parties shall promptly move to dismiss this action with prejudice.

So ORDERED on this 31st day of October, 2007.

_____
Hon. Mary Pat Thynge
Magistrate Judge

WLM# 1009313 v.2