IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )  Civ. No. 06-237-SLR<br>)<br>RUTH A. WILDS and JOAN L. GEIGER, )<br>)<br>Defendants. ) | |

### ORDER

At Wilmington this 11th day of February, 2008,

IT IS ORDERED that a telephonic status conference shall be held on **Tuesday, March 4, 2008**, at 8:30 a.m. Counsel for defendants shall coordinate and initiate this call.

                                              */s/ Sue L. Robinson*
                                              United States District Judge