# HEIMAN, GOUGE & KAUFMAN, LLP
ATTORNEYS AT LAW
800 KING STREET, SUITE 303
P.O. BOX 1674
WILMINGTON, DELAWARE 19899-1674

(302) 658-1800
TELECOPIER (302) 658-1473

HENRY A. HEIMAN, P.C.*
DONALD L. GOUGE, JR
SUSAN E. KAUFMAN**

*ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN PENNSYLVANIA

February 20, 2008

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Lock Box 31
Wilmington, DE  19801

    RE:    American National Insurance Company v. Ruth A. Wilds and Joan L. Geiger
              Del.Dist., C.A. No. 06-237(SLR)

Dear Judge Robinson:

     I am pleased to report to Your Honor that this case has settled and a stipulation of dismissal filed today. The stipulation is attached hereto. Your Honor had previously scheduled a telephone conference on Tuesday, March 4, 2008 at 8:30 a.m. I respectfully suggest to the Court that the conference is no longer necessary. Counsel remain available at Your Honor's convenience.

                      Respectfully,

                      DONALD L. GOUGE, JR.

C:  Andrew H. Lippstone, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN NATIONAL ) | |
| INSURANCE COMPANY, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-237(SLR) |
| ) | |
| RUTH A. WILDS and JOAN L. GEIGER, ) | |
|     Defendants. ) | |

## STIPULATION OF DISMISSAL

The parties, by and through counsel, dismiss this matter with prejudice, each party to bear their own costs.


*/s/ Donald L. Gouge, Jr. #2234*
DONALD L. GOUGE, JR.  (No. 2234)
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899-1674
(302) 658-1800x2
Attorney for Ruth A. Wilds

*/s/ Andrew H. Lippstone, #4117*
Richard A. Forsten, Esquire (No. 2543)
James D. Taylor, Jr., Esquire (No. 4009)
Andrew H. Lippstone, Esquire (No. 4117)
BUCHANAN INGERSOLL & ROONEY, P.C.
1000 West Street, Suite 1410
Wilmington, DE  19801
(302) 552-4200
Attorneys for Joan L. Geiger


DATED:     February 20, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY,<br>　　　　Plaintiff, | )<br>)<br>)<br>) | |
| v. | ) | C.A. No. 06-237(SLR) |
| RUTH A. WILDS and JOAN L. GEIGER,<br>　　　　Defendants. | )<br>)<br>) | |

**CERTIFICATE OF SERVICE**

　　　The undersigned certifies that on the date listed below that a letter to The Honorable Sue L. Robinson and stipulation of dismissal and this notice was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. The document is available for viewing and downloading from CM/ECF. I also served a hard copy as indicated below:

　　Richard A. Forsten, Esquire　　By hand
　　James D. Taylor, Jr., Esquire
　　Andrew H. Lippstone, Esquire
　　1000 West Street, Suite 1410
　　Wilmington, DE  19801

　　　　　　　　　　　　　　　　　　HEIMAN, GOUGE & KAUFMAN, LLP

　　　　　　　　　　　　　　　　　　*/s/ Donald L. Gouge, Jr. #2234*
　　　　　　　　　　　　　　　　　　Donald L. Gouge, Jr. (DSB # 2234)
　　　　　　　　　　　　　　　　　　800 King Street, Suite 303
　　　　　　　　　　　　　　　　　　P.O. Box 1674
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　(302) 658-1800
　　　　　　　　　　　　　　　　　　(302) 658-1473 (fax)
　　　　　　　　　　　　　　　　　　dgouge@hgkde.com

Date:　　February 20, 2008